# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CANDIS ROBINSON,<br><br>    Plaintiff,<br>v.<br><br>FINANCIAL RECOVERY SERVICES, INC.<br><br>    Defendant. | COURT FILE NO.: 17-cv-1000-DWF-DTS<br><br>**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT** |

Defendant Financial Recovery Services, Inc. ("FRS") as and for its Rule 7.1 Corporate Disclosure Statement provides as follows:

FRS is a privately held corporation that does not have a parent corporation and no publicly traded entity owns any share in FRS.

Dated: June 5, 2017     By:     s/ Michael S. Poncin
Michael S. Poncin (#296417)
Attorney for Defendant **Financial Recovery Services, Inc.**
MOSS & BARNETT
150 South Fifth Street, Suite 1200
Minneapolis MN  55402
Telephone:  (612) 877-5000
Facsimile:  (612) 877-5999
Email: Mike.poncin@lawmoss.com