UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CANDIS ROBINSON,<br><br>    Plaintiff,<br><br>v.<br><br>FINANCIAL RECOVERY SERVICES, INC.,<br><br>    Defendant. | Case No. 0:17-cv-01000-DWF-DTS<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Now come the parties, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby dismiss the present action with prejudice, each party to bear its own fees and costs.

| | |
|---|---|
| RESPECTFULLY SUBMITTED, | Dated: November 17, 2017 |

By: /s/ J.D. Haas
J.D. Haas, Esq.
SBN 164173
*Local Counsel for Plaintiff*
HYSLIP & TAYLOR, LLC, LPA
9801 Dupont Avenue South
Suite 430
Bloomington, MN  55431
Telephone:  952-345-1025
Fax:  952-854-1665
jdhaas@jdhaas.com

By: /s/ Michael S. Poncin
Michael S. Poncin, Esq.
SBN 296417
*Attorney for Defendant*
MOSS & BARNETT
150 South Fifth Street, Suite 1200
Minneapolis, MN  55402
Telephone: 612-877-5000
Fax: 612-877-5999
Mike.poncin@lawmoss.com

/s/ Michael K. Bane
Michael K. Bane, Esq.
IL Bar No. 6285689
*Pro Hac Vice Counsel for Plaintiff*
HYSLIP & TAYLOR, LLC, LPA
1100 W. Cermak Rd., Suite B410
Chicago, IL  60608
Telephone: 312-380-6110
michael@lifetimedebtsolutions.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2017, I electronically filed the foregoing Stipulation through the court's CM/ECF system, which will perfect service upon the following:

Michael S. Poncin, Esq.
MOSS & BARNETT
150 South Fifth Street, Suite 1200
Minneapolis, MN  55402

*Counsel for Defendant*

s/ J.D. Haas____