# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Candis Robinson, | Case No. 0:17-cv-01000-DWF-DTS |
| Plaintiff, | |
| v. | [Proposed] ORDER OF DISMISSAL WITH PREJUDICE |
| Financial Recovery Services, Inc., | |
| Defendant. | |

Now comes the Court, and pursuant to the Parties' Stipulation of Dismissal filed under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby dismiss the present action with prejudice, with each party to bear its own costs.  The Case is now Terminated and Closed.

IT IS SO ORDERED.


Dated: _____

_____
DAVID T. SCHULTZ
United States Magistrate Judge