UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Candis Robinson,                                Civil No. 17-1000 (DWF/DTS)

           Plaintiff,

v.                                              **ORDER FOR DISMISSAL**
                                                     **WITH PREJUDICE**

Financial Recovery Services, Inc.,

           Defendant.

Pursuant to the parties' Stipulation of Dismissal With Prejudice filed on November 17, 2017, (Doc. No. [17]),

**IT IS HEREBY ORDERED** that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the present action is **DISMISSED WITH PREJUDICE**.

Dated: November 17, 2017         s/Donovan W. Frank
                                         DONOVAN W. FRANK
                                         United States District Judge